## Keefer's Estate.

*Appeals—Practice, Supreme Court — Decree — Assignments of error—Omission of final decree.*

An appeal from a decree of distribution by the orphans' court, complaining of the allowance of certain claims, will be dismissed where the final decree has not been assigned as error.

Argued May 12, 1919.   Appeal, No. 109, Jan. T., 1919, by M. L. Snyder, a creditor of the decedent, from decree of the O. C. Northumberland Co., Dec. T., 1911, No. 16, confirming the auditor's report in the Estate of George W. Keefer.   Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ.   Appeal dismissed.

Exceptions to the auditor's report in the estate of George W. Keefer, deceased.   Before CUMMINGS, P. J.

The court confirmed the auditor's report.   M. L. Snyder, a creditor, appealed.

*Errors assigned* were the allowance of certain claims against the decedent's estate.

*Charles C. Lark* and *M. L. Snyder,* for appellant.

No paper-book was filed for the appellee.

PER CURIAM, June 21, 1919:

This appeal is from a decree of distribution, and complains of the allowance of certain claims against the estate of the decedent.   Though there are thirty-seven assignments of error, no one of them is to the final decree of the court below confirming absolutely the report of the auditor.   It cannot, therefore, be disturbed: Fulmer's Est., 243 Pa. 226.

Appeal dismissed at appellant's costs.